LAW OFFICES OF_____

**THOMAS H. SHIAH, LTD.**  Phone (612) 338-0066
331 SECOND AVE SOUTH, SUITE 705  Fax (612) 341-0116
MINNEAPOLIS, MN 55401  e-mail: ths@tomshiah.com
 Cell (612) 508-8787

September 14, 2023

The Honorable Tony N. Leung
Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Courtroom 9W
Minneapolis, MN 55415

    Re: United States v. Traigh Sean Tillman
       Ct. File No. 23-158 (SRN/TNL)

Dear Magistrate Judge Leung:

    Please be advised that Mr. Tillman will not be filing a motion challenging the search warrant referenced in (Dkt. 39). There is however, still the outstanding matter of government compliance with defendant Tillman's discovery request. Despite repeated inquiries by defense counsel, none of the items requested have been received. Accordingly, defense counsel is filing a motion to compel production.

                                       Yours very truly,

                                       **LAW OFFICES**
                                       **THOMAS H. SHIAH, LTD**.

                           By    *Thomas H. Shiah*
                                   Thomas H. Shiah

THS: lc
cc: Ben Tonkin
    Joseph S. Teirab, Esq.
    Esther Soria Mignanelli, Esq.
    Traigh Sean Tillman